**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHARLES WALLS,
ADC #111912                                                                                           PLAINTIFF

2:10-cv-00041-BSM-JTK

RAY HOBBS, et al.                                                                          DEFENDANTS

**ORDER**

The November 22, 2010 Memorandum and Order in this action was issued erroneously, and is hereby RESCINDED.

IT IS SO ORDERED this 30th day of November, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE