IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES WALLS,
ADC #111912                                                                                          PLAINTIFF

v.                             CASE NO. 2:10CV00041BSM/JTK

RAY HOBBS et al.                                                                                 DEFENDANTS

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion for summary judgment [Doc. No. 36] is denied.

2. The motion for summary judgment filed by defendants Harmon, Hobbs, and Kelley [Doc. No. 38] is granted.

3. The cross-motion for summary judgment filed by defendants Anderson, Green, and Hughes [Doc. No. 41] is granted.

4. Defendant T. Aldridge is dismissed for failure to serve, pursuant to Federal Rule of Civil Procedure 4(m).

5. Plaintiff's complaint against defendants is dismissed without prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 28th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE