# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

**CHARLES WALLS,**
**ADC #111912**                                                                                          **PLAINTIFF**

**v.**            **CASE NO. 2:10CV00041BSM/JTK**

**RAY HOBBS et al.**                                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, this case is hereby dismissed without prejudice, for failure to exhaust. The relief sought is denied.

Dated this 28th day of April, 2011.


_____
UNITED STATES DISTRICT JUDGE